EXHIBIT A

| | |
|---|---|
| **From:** | Rick Nikodym <RickN@pmafulfillment.com> |
| **To:** | 'sergio@nutrimatix.com' <sergio@nutrimatix.com> |
| **CC:** | Jacqueline Brazis <jacquelineb@pmafulfillment.com> |
| **Sent:** | 2/25/2016 2:55:00 PM |
| **Subject:** | Statement from PMA Fulfillment |
| **Attachments:** | Statement22_from_PMA_Fulfillment4292.pdf |

```
Dear Sergio :

Your statement is attached.  Should you have any questions, please don't hesitate to contact
us.

We appreciate your business very much.

Our regards,
PMA Fulfillment

(480) 829-0131
www.pmafulfillment.com
```

PMA000684

**Statement**

**PMA Fulfillment**
8601 West Washington Street
Suite 200
Tolleson, AZ 85353

| Date |
|---|
| 2/25/2016 |

| To: |
|---|
| Nutrimatix Inc<br>Sergio Radovcic<br>8413 East Welsh Trail<br>Scottsdale AZ 85258 |

| Amount Due | Amount Enc. |
|---|---|
| $57.92 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2015 | Balance forward | | -2,854.08 |
| 01/16/2016 | INV #201600064. Due 01/16/2016. | 1,206.00 | -1,648.08 |
| 01/30/2016 | INV #201600160. Due 01/30/2016. | 500.00 | -1,148.08 |
| 02/13/2016 | INV #201600232. Due 02/13/2016. | 1,206.00 | 57.92 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 57.92 | 0.00 | 0.00 | 0.00 | $57.92 |