```
 1              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                     ORLANDO DIVISION

 3         CIVIL ACTION NO.:  6:15-cv-790-OR-37

 4
   NUTRIMATIX, INC., a Nevada
 5 corporation n/k/a STYR LABS, INC.,

 6       Plaintiff,

 7 vs.

 8 XYMOGEN, INC., an
   Illinois corporation,
 9
         Defendant.
10
   * * * * * * * * * * * * * * * * * * * * * * * * *
11
                         VOLUME I OF II
12
                     (Pages 1 through 76)
13

14 VIDEO-RECORDED
   DEPOSITION OF:    SERGIO RADOVCIC
15
   DATE TAKEN:       May 19, 2016
16
   TIME:             9:48 a.m. - 4:47 p.m.
17
   PLACE:            Burr & Forman, LLP
18                   200 South Orange Avenue, Suite 800
                     Orlando, Florida 32801
19

20 TAKEN BEFORE:     Lisa McCormack, RMR
                     and Notary Public
21

22 * * * * * * * * * * * * * * * * * * * * * * * * *

23

24

25
```

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 2 of 16 PageID 299

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME I on 05/19/2016                                                    Page 4

```
 1                P R O C E E D I N G S
 2         THE VIDEOGRAPHER:  We are now on the record in
 3    the matter of Nutrimatix Incorporated vs. Xymogen
 4    Incorporated.  Today's date is May 19th, 2016, and
 5    the time is 9:48 a.m.
 6         This is the video-recorded deposition of Sergio
 7    Radovcic being taken at Burr & Forman, 200 South
 8    Orange Avenue, in Orlando, Florida 32801.
 9         My name is Michael Heiny.  I'm the camera
10    operator representing First Choice Reporting and
11    Video Services located at 121 South Orange Avenue in
12    Orlando, Florida.  The court reporter is Lisa
13    McCormack, also with First Choice Reporting.
14         Counsel please introduce yourselves, and then
15    the Court will swear in the witness.
16         MR. KRAMER:  Good morning.  Ray Kramer on
17    behalf of the plaintiff.
18         MR. VILMOS:  Peter Vilmos on behalf of
19    Defendant Xymogen, Inc., also Counter-Plaintiff
20    Xymogen, Inc.
21                  SERGIO RADOVCIC,
22  having been first duly sworn to tell the truth, was
23     examined and testified upon his oath as follows:
24                THE WITNESS:  Yes.
25                DIRECT EXAMINATION
```

Case 6:15-cv-00790-RBD-GJK Document 42-1 Filed 06/24/16 Page 3 of 16 PageID 300

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME I on 05/19/2016                              Page 44

1  for me being 2010, 2011 -- 2011 I participated in excess
2  of 78 sporting events.  I ran 45 marathons that year.
3  So it's a pretty big year for me.
4          So during that year, I've tried many different
5  things.  I've tried different electrolyte supplements,
6  multivitamin, joint support, glucosamine to see which
7  one of those products would really best support these
8  endurance type events that I was engaged in.
9      Q.  **But every one of the products you just**
10 **described was something you purchased off the shelf,**
11 **correct?**
12     A.  That is correct, yeah.
13     Q.  **It's not like you were in the kitchen**
14 **formulating your own product?**
15     A.  No, no.  Absolutely not.
16     Q.  **Did Fitful or any of the companies with which**
17 **you were involved during that period have the capability**
18 **of producing its own electrolyte formula?**
19     A.  No, no.
20     Q.  **So at what time did you actually take your**
21 **first steps towards creating a nutritional supplement**
22 **line of your own?**
23     A.  In 2013, Jim Prendergast, when I moved to
24 Arizona, if you recall that conversation, mentioned
25 Dr. Paul Sullivan as someone who he has met.  I don't

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 4 of 16 PageID 301

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME I on 05/19/2016                                  Page 45

1  know how, but someone he has met through his prior
2  business dealings or experiences.  And he thought the
3  two of us should connect.
4              So my desire -- my conversations about wanting
5  to create a better nutritional product line, combined
6  with Dr. Sullivan's experience that's relevant to that
7  field, he felt that my knowledge of software and the
8  endurance space and obviously the athletic side would be
9  a good combination with Dr. Sullivan's experience on
10 formulation.
11      Q.   Do you remember when in 2013 Mr. Prendergast
12 suggested you talk to Dr. Paul Sullivan?
13      A.   It was second half of 2013, so after June.  But
14 the specific month, I don't.  I'm sorry.
15      Q.   When did you first contact Mr. Sullivan --
16 Dr. Sullivan?
17      A.   In 2013.
18      Q.   In June or later in the year?
19      A.   Later in the year, yes.
20      Q.   Was that contact an in-person contact or was it
21 telephonic?
22      A.   Telephonic.
23      Q.   Any notes from that conversation?
24      A.   No.
25      Q.   What was the substance of that conversation?

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 5 of 16 PageID 302

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016

```
 1            IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                     ORLANDO DIVISION

 3         CIVIL ACTION NO.:  6:15-cv-790-OR-37

 4
     NUTRIMATIX, INC., a Nevada
 5   corporation n/k/a STYR LABS, INC.,

 6         Plaintiff,

 7   vs.

 8   XYMOGEN, INC., an
     Illinois corporation,
 9
           Defendant.
10
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
11
                        VOLUME II OF II
12
                     (Pages 77 through 243)
13

14   VIDEO-RECORDED
     DEPOSITION OF:     SERGIO RADOVCIC
15
     DATE TAKEN:        May 19, 2016
16
     TIME:              9:48 a.m. - 4:47 p.m.
17
     PLACE:             Burr & Forman, LLP
18                      200 South Orange Avenue, Suite 800
                        Orlando, Florida 32801
19

20   TAKEN BEFORE:      Lisa McCormack, RMR
                        and Notary Public
21

22   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

23

24

25
```

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 6 of 16 PageID 303

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                              Page 173

```
 1      A.    This document, no.
 2      Q.    You never received a shipment of the electrolyte
 3   product in December of 2014?
 4      A.    No.
 5      Q.    Are you testifying today that you did not use
 6   the Xymogen-produced Nutrimatix electrolyte at the Disney
 7   Marathon in 2015?
 8      A.    Yes.  In January 2015, not in December.
 9      Q.    When was that product shipped to you?
10      A.    Few days before the event.  So again, I would
11   have to look at specific dates.  But the event was, I
12   believe, January 8th or 9th, something along those lines.
13   It's typically that first half of the month.  So I never
14   received the product.  The product was shipped from
15   Xymogen directly to the client.
16      Q.    And the client is who?
17      A.    Disney by way of Suplayer, meaning it was packed
18   by Suplayer in a box for Disney meals.
19      Q.    So your instructions to Xymogen was to provide
20   the product to Suplayer in time for Suplayer to get the
21   product --
22      A.    Packed.
23      Q.    -- into the Fitful box --
24      A.    That is correct.
25      Q.    -- for the Disney Marathon?
```

Case 6:15-cv-00790-RBD-GJK Document 42-1 Filed 06/24/16 Page 7 of 16 PageID 304

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 174

1      A.    That is correct.
2      Q.    **And they did that?**
3      A.    They delivered less product than expected to the
4    Disney Marathon on or around that date when it was
5    needed.  They shortchanged me by 25 percent or something
6    along those lines.
7      Q.    **Did the Fitful boxes each contain a Nutrimatix**
8    **electrolyte packet?**
9      A.    No.
10     Q.    **Do you know how many people were in the Disney**
11   **Marathon, roughly?**
12     A.    About 200,000.
13     Q.    **200,000 people ran the Disney Marathon in**
14   **January of 2015?**
15     A.    You can make a face, but it's the truth, between
16   the number of people and various events.  We supply
17   marathon, half marathon, Goofy, 5K, 10K.  Every single
18   event.  There's a series of events that are happening
19   during that Disney Marathon week.  So I believe it's
20   close to 200,000 people.
21     Q.    **And each of them had -- each of them you**
22   **intended to have a Xymogen-produced Nutrimatix-labeled**
23   **electrolyte product?**
24     A.    Absolutely.  I've not only anticipated, I've
25   committed to have those products in those boxes.

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 8 of 16 PageID 305

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                Page 184

| | |
|---|---|
| 1 | A.   Correct. |
| 2 | Q.   So I presume this is the art you created for the |
| 3 | electrolyte drink stick? |
| 4 | A.   Absolutely. |
| 5 | Q.   What is the purpose of the language to the right |
| 6 | of that, the four steps? |
| 7 | A.   It's to promote the downloads of the app.  So |
| 8 | the general idea was that electrolyte sticks, since |
| 9 | they're consumed by everyone -- there's not a person on |
| 10 | earth that doesn't need electrolytes -- would seed the |
| 11 | market with a product that is in a stick format.  It's |
| 12 | good-tasting, it has great electrolyte properties, and |
| 13 | act as a promotional vehicle of sorts to drive people to |
| 14 | download the app.  That's what the language implies: |
| 15 | Download the free app, link your fitness, answer a few |
| 16 | questions, and then get vitamin recommendations.  So it |
| 17 | was a calling card of sorts to promote -- to |
| 18 | cross-promote the products. |
| 19 | Q.   And this was the product that Xymogen provided |
| 20 | to -- |
| 21 | A.   Suplayer. |
| 22 | Q.   -- Suplayer in advance of the 2015 Disney |
| 23 | Marathon? |
| 24 | A.   That is correct. |
| 25 | Q.   Using this film? |

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 9 of 16 PageID 306

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                                    Page 214

1  **commitment to the Marine Corps Marathon to give them**
2  **electrolyte sticks and you need to provide them to us?**
3      A.   We have to go through e-mails.  I'm pretty sure
4  that we did, that through our e-mail exchanges and
5  in-person meetings, in conversations, we would discuss
6  the importance of Marine Corps Marathon and delivery to
7  Marine Corps Marathon.
8      **Q.   Did you ever, before October 10th, 2014,**
9  **indicate to Xymogen that you had a commitment to the**
10 **Marine Corps Marathon to provide electrolyte in the**
11 **Fitful post-race packet?**
12     A.   I don't know the answer to that.  I would have
13 to review the e-mails to ascertain that.  You asked me
14 specifically; so specifically, I can't answer.
15     **Q.   Do you remember Xymogen's response when you**
16 **showed them -- when you sent them that e-mail on**
17 **October 10th saying that this is commitment that you had**
18 **already made?**
19     A.   Do I remember the response?
20     **Q.   Yes.**
21     A.   The response is they don't have the film for the
22 product and -- which is what I indicated here, and that
23 -- I had this conversation with, I believe, Daniel.  It
24 could have been on our weekly call or directly.  I don't
25 remember if Sullivan was there or not.

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 10 of 16 PageID 307

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                Page 215

1             But we had no product.  We had nothing to
2    deliver.  So we had a conversation about maybe trying to
3    use the existing film, so nonelectrolyte specific film,
4    but use sort of like a generic film from vitamin to pack
5    the product.  As you can see from here, I was begging for
6    a way out, any way I can save my face with my largest --
7    one of my largest accounts.
8         **Q.   Do you remember Mr. Gulick sending you an e-mail**
9    **explaining to you what he would do on his end to try to**
10   **ensure that you could fulfill that commitment?**
11        A.   He said he will work around the clock, or
12   something along those lines, and make it happen.
13             (Whereupon, Gulick Exhibit Number 21 was
14        previously marked for identification in a prior
15        deposition.)
16        **Q.   I'm going to show you Gulick 21 and let you read**
17   **that for the record.**
18        A.   Okay.  (Reading.)
19             There's your Spanish technician.  I read it.
20        **Q.   So in the large paragraph, third-to-last**
21   **sentence, it says, "As you can see, if it was a perfect**
22   **world, we would not be able to ship until next Monday,**
23   **and that means no hiccups.  First runs on products**
24   **usually have a hiccup.  Please call me when we can**
25   **discuss it in more detail."**

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 11 of 16 PageID 308

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 220

1  counsels.  I would have canceled that particular item or
2  found a substitute that could have worked in that
3  particular time.
4           No one has ever sold me, "Sergio, because you
5  have devil claw extract," which is the only one you
6  pointed out, that -- or iron in case of Female, that
7  those two products would delay any of those things.
8  You're the first person that's alluding to this.
9           So I don't actually think that was the issue.  I
10 think the issue was -- there were other issues.  But the
11 issue of one of the 40 ingredients causing delay in
12 manufacturing is not what I think is the crux here.
13      **Q.   With regard to the Marine Corps Marathon, you**
14 **didn't get product in time for that, correct?**
15      A.   Absolutely not.
16      **Q.   Did you provide an electrolyte product for the**
17 **Marine Corps Marathon?**
18      A.   Why do you have to pour salt on my wound?  Yes.
19 I bought competitive product in the open market at full
20 price.
21      **Q.   So you didn't, in fact, breach any contracts**
22 **with the Marine Corps Marathon?**
23      A.   No.  I did not, at a great loss to me.
24      **Q.   Did Fitful do the Marine Corps Marathon in 2016?**
25      A.   It hasn't happened yet.

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 12 of 16 PageID 309

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 228

1   for a manufacturer to immediately make?
2       A.   Very much so.  That's the formula we would use
3   to shop to other manufacturers.  It's a pretty standard
4   formula to get competitive quotes from other
5   manufacturers.  As a matter of fact, later I obtained
6   competitive quotes by manufacturers using the exact same
7   formulas.
8       Q.   And is there another manufacturer working on the
9   products now?
10      A.   That is correct.
11      Q.   And what is that manufacturer?
12      A.   Where or what?
13      Q.   What is the name of that manufacturer?
14      A.   Is it relevant?  I mean, it's confidential.  So
15  I don't know where this is going to end.
16           MR. KRAMER:  We have a confidentiality agreement
17      in place.  But is this proprietary?
18           THE WITNESS:  No, I don't think so.  I don't
19      think it's proprietary.
20      A.   Healthy Solutions.
21      Q.   Where are they based?
22      A.   Scottsdale, Arizona.
23      Q.   And what business is Healthy Solutions in?
24      A.   Manufacturing nutrients.  Contract manufacturing
25  nutrients.

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 13 of 16 PageID 310

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 229

1   Q.   Do you have an ownership interest in Healthy
2   Solutions?
3   A.   No.
4   Q.   They are someone with whom you contracted?
5   A.   Yeah.  Someone I found.
6   Q.   Did you talk to Paul Sullivan before you went
7   with them?
8   A.   Yes.  I visited other manufacturers as well.
9   Q.   Are they creating stick packs for you?
10  A.   No.
11  Q.   What are you using now?
12  A.   I'm using liquid.
13  Q.   The name of the company has changed from
14  Nutrimatix, correct?
15  A.   That is correct.
16  Q.   It's now known as?
17  A.   Styr.
18  Q.   S-T-Y-R?
19  A.   Pronounced Styr Labs, as in you're stirring
20  something.
21  Q.   Styr Labs.  Does Styr have a website up and
22  running?
23  A.   It has a temporary page.  A landing page.
24  Q.   Landing page.
25  A.   Yep.

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 14 of 16 PageID 311

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 230

1    Q.    And when do you expect Styr will be up and
2  running?
3    A.    Probably the next 60 days.
4    Q.    **60 days?**
5    A.    Yeah.
6    Q.    **So we're --**
7    A.    I'm talking July 24th, more or less.
8    Q.    **July 24th, more or less?**
9    A.    Yeah.
10   Q.    **Okay.  And what is Styr Labs going to do?**
11   A.    Exactly the same thing Nutrimatix was hoping to
12  do; sell customers customized nutritional products based
13  on their fitness profiles.
14         (Whereupon, Defendant's Exhibit Number 18 was
15      marked for identification.)
16   Q.    **I'm going to mark as Defendant's 18 a document**
17  **obtained from the internet, and I'd like to ask you to**
18  **identify that, please.**
19   A.    That is a black-and-white printout of the web
20  page, the landing page I identified earlier, for Styr
21  Labs available at Styr.com.
22   Q.    **So right now, if somebody were to go to**
23  **Styr.com, there would be nothing to order?**
24   A.    I'm sorry?
25   Q.    **Nothing to order?**

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 15 of 16 PageID 312

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 234

1  A.  They ruined my company.  That's a pretty good
2  reason.  So by that time, I was in ruins.  We had no
3  sales or a trivial amount of sales.  I failed to deliver
4  to my key accounts the electrolytes products.  I had to
5  let go of my employees because they had truly nothing to
6  do.  I had to cancel my PR efforts.
7       I've sponsored a sporting event.  I'm a title
8  sponsor of a sporting event that serves no purpose to me.
9  I have no product to sell.  So I was pretty upset by, you
10 know, mid February.  But really what made this all so
11 much worse was obtaining a report from a customer that
12 said that the product tasted horrible, meaning the Total
13 product -- the Total, not total product, the product
14 named Total that they received was, and I quote, made in
15 vomit, end quote.
16  **Q.  Did Paul Sullivan ever taste the Total and**
17 **report back to you?**
18  A.  I had driven immediately to filming house, which
19 received the product.  Obviously, it's a large shipment
20 so I don't receive it at my house or the office.  I had
21 driven instantly, within an hour, to the filming house
22 and obtained a sample of the product, brought it home,
23 tried it, had exactly the same reaction, meaning that it
24 was nondigestible.
25       And I put it in a Fed Ex envelope and drove it

Case 6:15-cv-00790-RBD-GJK   Document 42-1   Filed 06/24/16   Page 16 of 16 PageID 313

NUTRIMATIX vs. XYMOGEN
SERGIO RADOVCIC - VOLUME II on 05/19/2016                                    Page 235

1  to a Fed Ex box and overnighted the same stick to Paul
2  Sullivan.  So by next day, after I was notified the
3  product was not good, I had given it to Paul Sullivan.
4  And I also instantly stopped sales of that product,
5  meaning stopped instantly.
6      **Q.   Did you immediately tell Xymogen about the**
7  **problem?**
8      A.   Instantly.  The next day, I e-mailed Xymogen, at
9  which point -- there is an e-mail chain somewhere that
10 Daniel said "I don't know what's wrong with the product,
11 but we'll make it" -- the response was "I'll remake it"
12 or something along those lines.
13     **Q.   You don't recall the three-month lapse between**
14 **Paul Sullivan sending an -- not you, but Paul Sullivan**
15 **sending an e-mail to Daniel Gulick saying "there's a**
16 **problem with the taste" and Daniel saying "that's the**
17 **first I've heard of it, we'll remake it if we have to"?**
18     A.   From which date?
19     **Q.   From the date it was shipped.**
20     A.   I never had a -- I never had a sale from that
21 product.  So once I sold the product to a customer,
22 meaning the first customer that complained to me, how
23 would I know the product isn't good?  I didn't try it.
24 So the first actual customer that end up falling in that
25 product.