

# Formula Quote

quotes@xymogen.com Fax 407.445.0204

## Custom Formulation Client

Full Name: Sergio     Phone: _____     Email: _____

Address, City, State, Zip: _____     Customer Code: _____

Functional Med Consultant: Daniel Gulick     Rep. ID: _____     CSR: _____

Payment Type: ☐ Check     Credit Card*: ☐ Visa  ☐ Master Card  ☐ American Express  ☐ Discover
CC#: _____     Expiration: _____

*Payment by credit card is subject to 3% processing fee.

## Formula specifics/ingredients

### Supplement Facts

Serving Size 1 stick pack (4.0 grams)
Servings Per Container TBD

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 5 | |
| Calories from Fat | 0 | |
| Total Fat | 0 g | 0% |
| Saturated Fat | 0 g | 0% |
| Trans Fat | 0 g | |
| Cholesterol | 0 mg | 0% |
| Sodium | 280 mg | 12% |
| Potassium | 140 mg | 4% |
| Total Carbohydrate | 2 g | 1% |
| Dietary Fiber | 0 g | 0% |
| Sugars | 0 | |
| Protein | 0 g | 0% |
| Vitamin C (as ascorbic acid) | 20 mg | 33% |
| Calcium (as calcium carbonate) | 35 mg | 4% |
| Magnesium (as magnesium carbonate) | 50 mg | 13% |
| Chloride (from potassium chloride) | 129 mg | 4% |

*Daily Value Not Established.

Other ingredients: Citric acid, sodium bicarbonate, malic acid, potassium chloride, natural flavors, and stevia leaf extract.

* A fee of $500 will apply for each product requiring sample prototypes. Should customer approve, the $500 sample prototype fee will be credited to the 1st order.

## Requested Formula

| Product | Size | Quantity | Price/1000 |
|---|---|---|---|
| Sergio-Electrolyte Orange Stick Pack | 1,000 | 150,000 | $126.11 |



EXHIBIT A

| | | |
|---|---|---|
| *Note price is with unprinted film | 250,000 | $116.11 |
| | 500,000 | $112.10 |
| | 1,000,000 | $108.10 |
| | 2,500,000 | $94.33 |

Digital labels come direct from facility and are printed on Xeikon 3500 at no additional cost.

Please acknowledge acceptance of this formula(s) for production with your initials and signature where indicated below.

*SL* — The above quote is subject to raw material pricing and availability. This price quote is valid for 30 days

*SL* — Except in the event of a worldwide shortage that drastically impacts the cost of goods, prices for formulas are valid for (1) year from the date hereof, after which pricing will be reassessed.

*SL* — This quote includes packaging in a white HDPE container with white closure, inner and outer seals, unless otherwise noted.

*SL* — Formulation of custom products is subject to an industry standard ± 10% of quantity quoted. The customer is not liable for, but may accept, overage above industry standards.

*SL* — Upon approval of the order, a 50% down payment of the total project cost is due before the project can proceed to production. Monthly Volume Advantages are not available on custom manufactured formulas.

*SL* — Final payment is due upon shipment, or within 30 days upon approved credit terms.

*SL* — It is understood that the quoted products are custom formulated and/or custom packaged and, as such, there is no ready market available to XYMOGEN in the event of cancellation. If an order is canceled prior to the commencement of production, there will be no penalty. Once in production, which includes raw material acquisition, the order can no longer be cancelled. In this case, the customer is fully liable for the balance due, which is to be paid upon completion of the order (and prior to shipment) or at the time of cancelation. FOB Orlando.

Customer Approval: _____   Date: 7/31/2014

**For Office Use Only**

Revision#: ___1___          Date: ___6/13/14___