> PO3 for eight vitamin variations (50,400 units each, making 1,800 boxes of 28)
>
> I can wire the 50% deposits on each PO tomorrow morning. Can you please confirm on your end that this is fine.
>
> Regards,
>
> Sergio Radovcic
> Chief Executive Officer
>
> e) sergio@nutrimatix.com
> t) 561-901-3870
>
> On Aug 11, 2014, at 2:38 PM, Daniel Gulick <Daniel.Gulick@xymogen.com> wrote:
>
>> Hi Sergio,
>>
>> The 50,000 doses of each product is fine for the order....sorry for the confusion.
>>
>> Daniel
>>
>> -----Original Message-----
>> From: Sergio Radovcic [mailto:sergio@nutrimatix.com]
>> Sent: Monday, August 11, 2014 1:05 PM
>> To: Daniel Gulick
>> Cc: Paul Sullivan
>> Subject: Follow Up
>>
>> Daniel
>>
>> Just following up with you regarding the sample sticks for the eight formulations. I am sure you are working on them, but given the 12 week delivery frame we want to move on them ASAP.
>>
>> I am also re-attaching the two films for the Electrolyte Stick and regular Nutrimatix sticks, so that we can start that print process ASAP.
>>
>> I apologize ahead of time if I am pushing too hard. I am sure you're busy and have many impatient clients, but our entire company depends on having the product ready as soon as humanly possible. We have to have the electrolyte sticks to FitFul for insertion into food boxes for promotion or we risk missing the big marathon season. Ditto for regular sticks for Nutrimatix boxes.
>>
>> Regards,
>>
>> Sergio Radovcic
>> Chief Executive Officer
>>
>> e) sergio@nutrimatix.com
>> t) 561-901-3870

Xymogen-000254


EXHIBIT B