**From:** Daniel Gulick <daniel.gulick@yahoo.com>
**Sent:** Tuesday, June 2, 2015 1:15 PM
**To:** Kim Johnson <Kim.Johnson@xymogen.com>
**Subject:** Fwd: Samples taste tests?
**Attach:** NM-Xymogen-SignedStickSheets.pdf

Begin forwarded message:

**From:** Sergio Radovcic <sergio@fitful.com>
**Subject: Re: Samples taste tests?**
**Date:** August 19, 2014 at 4:09:26 PM MST
**To:** Daniel Gulick <daniel.gulick@yahoo.com>
**Cc:** Paul Sullivan <paul@nutritionrxdoc.com>

Daniel

Everything is approved.

Attached are the signed forms.


In health,

Sergio Radovcic
Chief Executive Officer
FitFul Inc.

12 x Ironman Finisher, Ultraman, Triple Ironman
3 x Badwater 135, Marathon des Sables, 28 x Ultra Marathoner

t > 855-434-8385 x 700
c > 561-901-3870
f > www.facebook.com/sergioradovcic

www.fitful.com - Feed Your Athlete

On Aug 19, 2014, at 4:01 PM, Daniel Gulick <daniel.gulick@yahoo.com> wrote:

Sergio,

Xymogen-000333


EXHIBIT C

Did the samples come in for the last 4 formulations? If so, can you tell me if you and your staff approved them?

Thanks,

Daniel

Xymogen-000334