**Xymogen**
6900 Kingspointe pkwy
Orlando FL 32819
Phone 407-445-0203
Fax 407-445-0204

# PACKING SLIP

DATE: 11-14-2014

| CUSTOMER P.O. NO | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO | SALESPERSON |
|---|---|---|---|---|
| | | | | |

| SHIPPED FROM | SHIPPED TO |
|---|---|
| XYMOGEN, APN | PMA Fulfillment |
| 6900 KINGSPOINTE PKWY | 8601 W. Washington Street, STE 200 |
| Orlando, FL 32819 | Tolleson, AZ 85353 |
| Shipping Dock: A | PH# 855.343.8385 ATTN: Nutrimatix |

| PALLETS | UNITS | DESCRIPTION |
|---|---|---|
| 2 | 48,000 | Product: Female Basic Stick Pack (C-FITFUL-003) |
| | | Full Cases: 96   Sachet Per Case: 500   Partial: NA |
| | | Lot: 140J14   Mfg: 10/14 |

| # CASES | TOTAL WEIGHT | PALLET COUNT | UNIT COUNT # | SHIPMENT PACKED BY |
|---|---|---|---|---|
| 96 | 933lbs | 2 | 48,000 | *[signature]* |



EXHIBIT D