**Xymogen**
6900 Kingspointe pkwy
Orlando, FL 32819
Phone: 407-445-0203
Fax:     407-445-0204

# PACKING SLIP

DATE: 01-02-2015

| CUSTOMER P.O. NO. | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
|   |   |   |   |   |

| SHIPPED FROM: | SHIPPED TO: |
|---|---|
| XYMOGEN, APN | Sergio Radovcic |
| 6900 KINGSPOINTE PKWY | 20909 N 90th PL |
| Orlando, FL 32819 | STE 105 |
| Shipping Dock: A | Scottsdale, AZ 85255 |

| PALLETS | UNITS | DESCRIPTION |
|---|---|---|
| 2 | 44,500 | Product: Nutrimatix Female Total Stick Packs (C-FITFUL-009) |
|   |   | Full Cases: 89  Bottles Per Case: 500   Partial: NA |
|   |   | Lot: 075K14  Mfg: 12/14 |
| 2 | 44,373 | Product: Nutrimatix Male Total Stick Packs (C-FITFUL-008) |
|   |   | Full Cases: 88  Bottles Per Case: 500  Partial: 1x373 |
|   |   | Lot: 074K14  Mfg: 12/14 |
| 2 | 44,440 | Product: Nutrimatix Female Sport Stick Packs (C-FITFUL-007) |
|   |   | Full Cases: 88  Bottles Per Case: 500  Partial: 1x440 |
|   |   | Lot: 072K14 Mfg: 11/14 |
| 2 | 45,500 | Product: Nutrimatix Male Sport Stick Packs (C-FITFUL-006) |
|   |   | Full Cases: 91 Bottles Per Case: 500  Partial: NA |
|   |   | Lot: 071K14 Mfg: 12/14 |

| # CASES | TOTAL WEIGHT | PALLET COUNT | UNIT COUNT # | SHIPMENT PACKED BY |
|---|---|---|---|---|
| 356 | 5016lbs | 8 | 178,813 |  |



EXHIBIT E