

# CONFIDENTIAL

## Formula Quote

XYMOGEN
quotes@xymogen.com
Fax 407.445.0204

Date: 1/8/2015     Revision: 01

### CUSTOMER INFORMATION

| Name | Sergio Radovcic |
|---|---|
| Account Code | FITFUL |
| Functional Medicine Consultant | Daniel Gulick |
| Payment Terms | 50% Deposit, 50% Before Shipment of Finished Product |

### PRODUCT INFORMATION

Name of Finished Product: Electrolyte Orange Stick Packs
Product Type: Stick Pack
Serving Size: 1 Stick Pack (6 grams)
Servings/Container: 500 Stick Packs
Maximum Servings/Day: 1 Stick Pack
Formula:

| RM# | Active Ingredient | Label Claim | Purchased By: | Prequalified for Purchase? |
|---|---|---|---|---|
| RAW-ASC-0078 | Vitamin C (as Ascorbic Acid) | 20 mg | XYMOGEN | YES |
| RAW-CAL-0294 | Calcium (as Calcium Carbonate) | 35 mg | XYMOGEN | YES |
| RAW-MAG-0561 | Magnesium (as Magnesium Carbonate) | 50 mg | XYMOGEN | YES |
| RAW-SOD-0208 | Sodium (as Sodium Bicarbonate) | 280 mg | XYMOGEN | YES |
| RAW-POT-0218 | Potassium (as Potassium Chloride) | 140 mg | XYMOGEN | YES |

| RM# | Inactive Ingredient* | Prequalified for Purchase? |
|---|---|---|
| RAW-RIB-0073 | Riboflavin | YES |
| RAW-BEE-0357 | Exempt Color Red Beet Powder | YES |
| RAW-CIT-0207 | Citric Acid Anhydrous | YES |
| RAW-MAL-0124 | DL-Malic Acid | YES |
| RAW-ORA-0615 | Natural Orange Flavor | YES |
| RAW-RES-0314 | Natural Resolver Flavor | YES |
| RAW-STE-0311 | Sunwin Stevia Leaf Extract Reb A 80 | YES |
| RAW-MAL-0468 | Maltodextrin | YES |

Customer Initials: S    Date: 1/13/15    1 of 5



EXHIBIT F

Xymogen-000188

# CONFIDENTIAL

Additional Requirements: _____

_____

*A fee of $500 will apply for each product requiring sample prototypes. Said fee will provide up to 3 revisions for tests approval before an additional $500 fee will be required should additional attempts be requested. Samples take approximately four weeks (depending on raw material availability). Sample process begins once the $500 sample fee is received. Should customer approve, the $500 prototype fee will be applied to the first order of this custom formula.*

*Note: If any ingredients in your formula are not prequalified for purchase, it will take a longer lead time to provide sample prototypes.*

## Finished Product Packaging Components

| | |
|---|---|
| Count Per Bottle | 500 Stick Packs |
| Film | Blank/White (unprinted) Stick Pack Film |
| Lot Number | Ink Jetted On Box |
| Shelf Life | See "Shelf Life" section attached |
| Master Case | Yes. 500 Stick Packs/Case |
| Master Case Label | Yes. Displays finished product code, finished product name, lot number, MFG or EXP date, and qty. of bottles per box |

## Testing Requirements

| | |
|---|---|
| Microbiological Organisms | Meets USP limits for Total Plate Count, Yeast & Mold, Salmonella, E.Coli, Bile-Tolerant Gram-Negative Bacteria, and Staphylococcus Aureus |
| Heavy Metals | Meets USP limits for Lead, Arsenic, Cadmium, and Mercury |
| Physical Test | Fill Weight, Organoleptic Testing |

## Pricing

| Batch Size (kg) | Packets | Price |
|---|---|---|
| 308 | 50,000 | $0.1555 |
| 770 | 125,000 | $0.1425 |
| 1,541 | 250,000 | $0.1368 |
| 2,311 | 375,000 | $0.1316 |
| 3,081 | 500,000 | $0.1267 |
| 6,162 | 1,000,000 | $0.1221 |
| 7,703 | 1,250,000 | $0.1179 |
| 15,406 | 2,500,000 | $0.1140 |

Customer Initials: ____  Date: 1/16/15        2 of 5

# CONFIDENTIAL

## Notes

- Payment by credit card is subject to a 2% processing fee, in addition to final quote.

- The above quote is subject to raw material pricing and availability. This price quote is valid for 30 days

- Except in the event of a worldwide shortage that drastically impacts the cost of goods, prices for formulas are valid for (1) year from the date hereof, after which pricing will be reassessed.

- Formulation of custom products is subject to an industry standard ± 10% of quantity quoted. The customer is not liable for, but may accept, overage above industry standards.

- It is understood that the quoted products are custom formulated and/or custom packaged and, as such, there is no ready market available to XYMOGEN in the event of cancellation. If an order is canceled prior to the commencement of production, there will be no penalty. However, the customer must be provided with and sign off on a change control form from XYMOGEN, acknowledging that their prior quote is no longer valid. Once raw materials have been purchased, the order can no longer be cancelled. In this case, the customer is fully liable for the balance due, which is to be paid upon completion of the order (and prior to shipment) or at the time of cancelation. FOB Orlando.

## Formula

### Qualifying New Suppliers and/or Ingredients

21 CFR 111 requires manufacturers of dietary supplements to qualify suppliers of components used in the manufacturing process. This process involves requesting information on the quality management system of the supplier and sophisticated regulatory documentation on the component being supplied. One the information is provided, it must be reviewed and a determination must be made on whether or not supplier and component can continuously meet XYMOGEN's high standards. If approved, and XYMOGEN will then develop test specifications on the component. The tests will be performed on the component to ensure the components quality and authenticity. The component will maintain "qualified" status so long as it continuously meet's XYMOGEN's specifications

Any quote for a formula that has "NO" marked under the column titled "Prequalified for Purchase?" will signify that the ingredient being requested has never been purchased by XYMOGEN before or it has been previously disqualified. As a result, it should be understood that due to the stringent, time-consuming steps XYMOGEN has in place to qualify its suppliers and their ingredients, the overall lead time of custom formulas using ingredients that are not prequalified yet will be extended. It is difficult to provide an exact amount of time this process will extend an overall lead time by, as it really depend on the nature of the supplier and the component they are supplying. However, XYMOGEN will do it's best to make sure the maximum lead time extension is no more than one (1) month.

### Inactive Ingredients

The inactive ingredients listed on this quote are subject to change. XYMOGEN will be responsible for notifying the customer if any additional inactive ingredients are required and will make sure it has approval from customer to use.

### Macronutrients

With the exception of protein, macronutrients will not be provided on the quote, unless specifically requested by customer up front. It is the customer's responsibility to specify any other requirements they have on macronutrients (i.e. sodium under X, sugar under Y, fiber above Z). If not initially requested, macronutrients will be provided to customer during the label design phase, if the formula is providing a significant amount and thus required to be labeled.

Customer Initials ___  Date: 1/15/1 ___          3 of 5

# CONFIDENTIAL

## Shelf Life

Shelf life dating (expiration or best by dates) or dates of manufacture are not required on dietary supplements. However, if a shelf life is desired, FDA cGMPs require the company selling the product to possess data substantiating the shelf life being assigned.

Please provide a signature under one of the following shelf life options for your product:

1. No shelf life or date of manufacture on finished product.

    By signing this option, customer authorizes XYMOGEN to leave off any shelf life or date of manufacture and only print the lot number on the finished product

    Signature:_____

2. Date of Manufacture on finished product.

    By signing this option, customer authorizes XYMOGEN to print the date of manufacture (format: MFG: MM/YYYY) in addition to the lot number on the finished product.

    Signature: [signed]

3. Expiration Date on finished product.

    By signing this option, customer assumes all liability and responsibility for shelf life testing. Customer will have a lab of their choice perform all necessary tests and reporting for this quoted product. Customer is also accepting liability and responsibility for all storage of any documents that may be required for shelf life testing for this quoted product. Customer authorizes XYMOGEN to assign a ____ year expiration date (format: EXP: MM/YYYY) in addition to the lot number on the finished product.

    Signature:_____

## Labeling

XYMOGEN provides the option of having custom formula labels designed by XYMOGEN senior graphic designers and printed at XYMOGEN's digital print center, Labels in Motion. If the customer would like to utilize this service, the cost will be included in the final quote.

XYMOGEN will design the labels according to the regulations set forth by the US FDA and FTC, and provide guidance and opinions on the interpretation of those regulations, to the customer. However, customer understands that these are strictly opinions and should not, in any case, replace those of customer's legal counsel. The customer understands they are solely responsible for all content on their labels and abiding by the regulations of any state, province, or country they will be selling their product into.

Customer Initials [SZ]   Date: 1/13/10       4 of 5

# CONFIDENTIAL

## Additional Specifications

This quote encompasses all customer specifications. If there are specifications customer has (additional testing requirements, non-GMO ingredients, no artificial ingredients, gluten free, no soy derived ingredients, etc.), it is the customer's responsibility to make sure they are present on the quote under "Additional Requirements," prior to signing off on the quote. XYMOGEN cannot guarantee all customer specifications can be met unless they are clearly provided on the quote.

If customer is interested in obtaining any independent certifications on their finished product (ie. NSF for Sport, USP, Non-GMO Project Verified, Organic, Kosher, etc.), it is the customer's responsibility to facilitate the process. XYMOGEN will be more than happy to accommodate the customer in providing any documentation or scheduling time for any audits required to obtain the desired certification.

## Customer Approval

Customer Name (Please Print) __WIRI WATX__

Customer Signature ___[signature]___

Date __1/16/15__