# Invoice

Page 1/1
Invoice CMI-00001199
Date 2/13/2015

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL  32819

Bill To:  Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ   85255-9218

Ship To:  Sergio Radovcic
8601 W WASHINGTON ST
STE 200
TOLLESON AZ   85353-3213

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | BJB | | CREDIT CARD | 12/30/2015 | 858,837 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 0 | 43,500 | 0 | C-FITFUL-004 | Nutrimatix Male-Inflammation - Stick Pack | $0.00 | $0.33 | $14,355.00 |
| | | | 073K14 | 22,500 | | | |
| | | | 073K14 | 21,000 | | | |

Subtotal    $14,355.00
Misc    $0.00
Tax    $0.00
Freight    $0.00
Trade Discount    $0.00
Total    $14,355.00



EXHIBIT G

# Invoice

Page 1/1
Invoice CMI-00001212
Date 2/19/2015

## XYMOGEN
6900 Kingspointe Parkway
Orlando FL  32819

Bill To: Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ  85255-9218

Ship To: Sergio Radovcic
8601 W WASHINGTON ST
STE 200
TOLLESON AZ  85353-3213

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | BJB | | CREDIT CARD | 12/30/2015 | 858,851 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 43,900 | 0 | C-FITFUL-005 | Nutrimatix Female-Inflammation 28 stick p | $0.00 | $0.33 | $14,487.00 |
| | | | 076K14 | 43,900 | | | |

Subtotal  $14,520.00
Misc  $0.00
Tax  $0.00
Freight  $0.00
Trade Discount  $0.00
Total  $14,520.00

# Invoice

Page 1/1
Invoice CMI0001528
Date 4/28/2015

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL  32819

Bill To:  Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ  85255-9218

Ship To:  Sergio Radovcic
8055 TROON CIR SW
STE F
AUSTELL GA  30168-7849

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 00006 | FITFUL | BJB | OTHER FREIGHT | CREDIT CARD | 12/30/2015 | 918,767 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 183,000 | 183,000 | 0 | C-FITFUL-001<br>149B15<br>015C15 | SERGIO - Electrolyte Orange Stick Pack<br>92,000<br>91,000 | $0.00 | $0.13 | $23,790.00 |

|  |  |
|---|---|
| Subtotal | $23,790.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $23,790.00 |