***HISTORICAL***

# Invoice

Page 1/1
Invoice CMI-00001043
Date 1/2/2015

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL   32819

Bill To: Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ   85255-9218

Ship To: Sergio Radovcic
8601 W WASHINGTON ST
STE 200
TOLLESON AZ   85353-3213

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | RT | | CREDIT CARD | 1/30/2015 | 865,729 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 45,500 | 0 | C-FITFUL-006 071K14 | Nutrimatix Male-Sport - Stick Packs 45,500 | $0.00 | $0.30 | $13,650.00 |

|   |   |
|---|---|
| Subtotal | $13,650.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $274.04 |
| Trade Discount | $0.00 |
| Total | $13,924.04 |

EXHIBIT
H

# Invoice

Page 1/1
Invoice CMI-00001044
Date 1/2/2015

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL   32819

Bill To:   Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ   85255-9218

Ship To:   Sergio Radovcic
8601 W WASHINGTON ST
STE 200
TOLLESON AZ   85353-3213

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | RT | | CREDIT CARD | 1/30/2015 | 859,003 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 44,373 | 0 | C-FITFUL-008<br>074K14<br>074K14 | Nutrimatix Male-Total 28 stick packs<br>44,372<br>1 | $0.00 | $0.39 | $17,305.47 |

|   |   |
|---|---|
| Subtotal | $17,305.47 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $274.04 |
| Total | $17,579.51 |

***HISTORICAL***

# Invoice

Page 1/1
Invoice CMI0001311
Date 3/13/2015

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL  32819

Bill To:  Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ  85255-9218

Ship To:  Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ  85255-9218

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
|  | FITFUL | BJB | UPS GROUND | NET 30 | 3/13/2015 | 966,799 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 500 | 500 | 0 | C-FITFUL-004 <br> 073K14 | Nutrimatix Male-Inflammation - Stick P <br> 500 | $0.00 | $0.33 | $165.00 |
| 400 | 400 | 0 | C-FITFUL-005 <br> 076K14 | Nutrimatix Female-Inflammation - Stick <br> 400 | $0.00 | $0.33 | $132.00 |

\* Per Daniel, ship via UPS Ground. Freight cost $37.76.
\*Shipped: 3/13/15  Delivered: 3/19/15
\*Tracking # 1Z31657X0307324636

Subtotal  $297.00
Misc  $0.00
Tax  $0.00
Freight  $37.76
Trade Discount  $0.00

Total  $334.76

# Invoice

Page 1/1
Invoice CMI-00000886
Date 11/14/2014

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL  32819

Bill To:  Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ  85255-9218

Ship To:  Sergio Radovcic
8601 W WASHINGTON ST
STE 200
TOLLESON AZ  85353-3213

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| 0003 | FITFUL | | RT | OTHER FREIGHT | CREDIT CARD | 1/30/2015 | 858,235 |
| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
| 50,400 | 48,000 | 0 | C-FITFUL-003 | Nutrimatix Female-Basic 28 stick packs | $0.00 | $0.24 | $11,520.00 |
| | | | 140J14 | 47,999 | | | |
| | | | 140J14 | 1 | | | |

|  |  |
|---|---|
| Subtotal | $11,520.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $11,520.00 |