IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUTRIMATIX INC., a Nevada
corporation n/k/a STYR LABS, INC.,

CIVIL ACTION NO. 6:15-cv-790-OR-37-
RBD-DAB

  Plaintiff,

vs.

XYMOGEN, INC., an Illinois corporation,

  Defendant.

_____/

## AFFIDAVIT OF DANIEL P. GULICK IN SUPPORT OF
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA

COUNTY OF ORANGE

  BEFORE ME, the undersigned authority, personally appeared DANIEL P. GULICK, who, first being duly sworn under oath, deposes and say of his personal knowledge as follows:

  1. I am the Vice President of Sales for Xymogen, Inc. ("Xymogen"), over the age of 21, and I make this Affidavit upon my own personal knowledge of the facts involved as set forth herein and in the Motion for Summary Judgment and Memorandum of Law filed on behalf of Xymogen (the "MSJ").

### Overview

  2. In August 2014, Sergio Radovcic ordered nine (9) first-run, never before manufactured, powdered nutritional supplements from Xymogen pursuant to nine (9) Custom Formula Quotes, and one re-order of an electrolyte product in January 2015. The Custom Formula Quotes were the only contracts governing the terms and conditions of the parties'



relationship and Xymogen's obligation to deliver such products. The Custom Formula Quotes do not include either a date certain for the delivery of such products or that time was of the essence for the delivery of such products. Xymogen timely delivered seven (7) of the nine products ordered, and withheld delivery of three products due to Nutrimatix's failure to pay for the products delivered. Each product Xymogen delivered to Nutrimatix was manufactured 100% according to the signed Custom Formula Quotes and in compliance with all applicable manufacturing guidelines. To date, however, Nutrimatix owes Xymogen $96,023.80 for the products manufactured for Nutrimatix.

<strong><u>The Parties Meet in April 2014; Sullivan Develops Formulas</u></strong>.

3.      Xymogen is a manufacturer of high quality vitamins and nutritional supplements with state of the art facilities in Orlando, Florida. Xymogen sells its products directly to health care professionals and does not sell any products directly to consumers or to resellers.

4.      In April 2014, Paul Sullivan ("Sullivan"), a pharmacist involved in the nutritional supplement business residing in California who had previously referred new customers to Xymogen, introduced me via email to Sergio Radovcic ("Radovcic").

5.      At that time, Radovcic told me about a vague business plan to develop nutritional supplements targeted to males and females with different nutritional needs.

6.      At that time, Radovcic did not have formulas for any of the products he wanted to develop. He had neither obtained pricing estimates, nor was he aware of which ingredients the imagined nutritional supplements might contain. In fact, his entire project was in the formative stage, having not yet even confirmed whether or not it was financially sustainable.

Xymogen could deliver any products because Radovcic did not have formulas for any of his product ideas. There was, quite literally, nothing to manufacture.

8.     On April 23, 2014, Radovcic visited and toured Xymogen's Orlando facility for the purpose of evaluating Xymogen's production capabilities.

9.     On day of the tour, Radovcic showed me and others a presentation for his business plan to sell nutritional supplements via a fitness app. He stated Paul Sullivan had ideas for how to customize nutritional supplements to males and females for their specific nutritional needs. He did not provide any specific information relating to the nutritional supplement formulas at this time.

10.    On April 23, 2014, Radovcic did not yet use the "Nutrimatix" name for his proposed business. Indeed, the business had no name, no formulae, no pricing, no budget, no disclosed contracts and no known launch date.

11.    Nor did Radovcic have any experience in the nutritional supplement business or in manufacturing. Radovcic had never before manufactured a product from scratch for consumer consumption. Radovcic was entirely unfamiliar with formulating vitamin and mineral supplements.

12.    Instead, Radovcic relied on Paul Sullivan to work with whichever company Radovcic chose to manufacture the products.

13.    After the April 2014 meetings, Radovcic decided that Sullivan should work with Xymogen to explore various formulations and to determine if Sullivan could formulate the give-away electrolyte product inexpensively enough to allow the project to move forward.



14.     I was the Xymogen employee with whom Sullivan worked to formulate his intended electrolyte formula.

15.     In early June 2014, Sullivan began developing an electrolyte product that used inexpensive raw materials.

16.     At this time, Sullivan explained that Radovcic wanted to keep the cost of the electrolyte product under $.10/single serving. However, even with the inexpensive ingredients that Radovcic demanded, Xymogen could not manufacture the electrolyte product for less than $.1138/single serving. Ultimately, the single-serving price exceeded $.12 per serving.

17.     Sullivan indicated that he would check with Radovcic to determine if the project could move forward at a single serving electrolyte cost considerably higher than Radovcic envisioned.

18.     In late June 2014, based on the formula that Sullivan provided, Xymogen manufactured in its laboratory, by hand, a sample of the electrolyte product for Radovcic to taste-test. The product was not in final form. It was not manufactured in bulk on Xymogen's machines. It was a hand-crafted taste sample.

19.     Xymogen provided a sample of the electrolyte product to Radovcic. Despite noting that it was a bit sweet for his taste when dissolved in 8 oz. of water, Radovcic approved the electrolyte product after tasting it (explaining that he understood taste was a matter of personal preference).

20.     On or around July 20, 2014, Sullivan told me that Radovcic was interested in developing four "male" and four "female" nutritional supplement formulas. This was the first time I was told about these formulas. At this time Sullivan and Radovcic were still exploring the ideas for these formulas.

## Radovcic Submits Purchase Orders and Signs Custom Formula Quotes

21.     As a matter of Xymogen policy, a customer must sign a formal quote before Xymogen can order any raw materials or manufacture any product. A custom formula quote contains (i) a list of all active and inactive agreements, (ii) provisions relating to the customer's taste approval; (iii) details for the product packaging components, (iv) testing requirements; (v) pricing information; (vi) shelf life dating provisions, which require the customer to choose one of three (3) options; and (vii) provisions regarding additional certifications (i.e., NSF for Sport, USP, Non-GMO Project Verified, Organic, Kosher, etc.).

22.     As additional background, when a customer submits a first-run, never before manufactured formula to Xymogen, the customer is responsible for all active ingredients to be included in the formula. Xymogen then determines, in consultation with the customer, the inactive ingredients. Inactive ingredients are generally those ingredients responsible for the color and taste of the product.

23.     On July 29, 2014, over a month after approving the test sample, but before Radovcic had a signed Custom Formula Quote for the electrolyte powder, Radovcic submitted a purchase order for 150,000 stick packs at a unit cost of $0.1261, and a total cost of $18,915 (the "Electrolyte PO"). The Electrolyte PO is on Nutrimatix, Inc. letterhead. The Electrolyte PO included an expected delivery date of September 12, 2014.

24.     Xymogen never agreed to provide the electrolyte by September 12, 2014.

25.     Xymogen never promised it could deliver the electrolyte sticks or the custom formula stick packets by a date certain. In fact, to the contrary, Xymogen has a minimum lead time for a first run product, which all of these products were, of at least twelve (12) weeks, which I told Radovcic.



26. On July 31, 2014, Radovcic signed and returned the Custom Formula Quote for the electrolyte formula (the "Electrolyte CFQ"). The customer name is listed only as "Sergio." At this time, Radovcic still did not use the Nutrimatix name. A true and correct copy of the Electrolyte CFQ is attached hereto as **Exhibit "A."**

27. Until July 31, 2014, Xymogen had no approved electrolyte formula to manufacture and could not order any raw materials.

28. On August 1, 2014, Xymogen sent Radovcic custom formula quotes for the eight (8) male/female specific nutritional supplements. These Custom Formula Quotes were for: Male-Total; Female-Total; Female-Inflammation; Male-Inflammation; Female-Sport; Male-Sport; Male-Basic (collectively, the "Custom Formula Quotes"). True and correct copies of the Custom Formula Quotes are attached to the Complaint as Composite Exhibit C.

29. On August 11, 2014, Radovcic sent Xymogen a purchase order for 50,400 units of each of the eight (8) custom male/female nutritional supplement formulas, for a total cost of $107,911.44 (the "Custom PO"). The Custom PO is on Nutrimatix letterhead, and includes a due date of October 31, 2014.

30. Xymogen never agreed or promised to deliver the eight custom formulas by October 31, 2014.

31. As with the Electrolyte PO, at the time Nutrimatix delivered the Custom PO, Nutrimatix had not yet signed the applicable Custom Formula Quotes for the eight different custom nutritional supplement formulas. Accordingly, Xymogen had no approved formulas to manufacture for Nutrimatix at the time it received the Custom PO.

32. Also on August 11, 2014, Radovcic sent an email to Gulick following up on the Custom Formula PO, in which Radovcic acknowledged Xymogen has a twelve (12) week



**Exhibit "B"**.

33.    On August 12, 2014, despite not yet having signed and returned to Xymogen the Custom Formula Quotes, Radovcic wired to Xymogen $63,412 as a 50% up front deposit for its orders of the electrolyte sticks and the custom formula sticks.

34.    On August 14, 2014, Xymogen sent Radovcic samples of four of the male/female specific nutritional supplements to taste test, all of which had the orange flavor profile.

35.    On or around August 15, 2014, Xymogen sent Radovcic samples of the remaining four of the male/female supplements to taste test.

36.    On August 19, 2014, Radovcic approved the flavors of all eight custom formulas after testing samples of each. A true and correct copy of an email sent from Radovcic to Gulick approving the taste tests is attached hereto as **Exhibit "C"**.

37.    On August 21, 2014, Radovcic returned to me via email eight executed Custom Formula Quotes. Until that moment, even with the deposit on file, there was literally no approved formula for Xymogen to manufacture in furtherance of the Custom Formula PO.

38.    Once the Custom Formula Quotes were received, Xymogen started its product development phase.

39.    Four of the Custom Formulas required Xymogen to screen and test the supplier of devil's claw extract (Male/Female Total and Inflammation). This was the first phase of product development for these products. Each Custom Formula Quote contained provision notifying Radovcic about the need to qualify the suppliers for non-prequalified for purchase ingredients, and that this process may take up to one month.

production lead time. A true and correct copy of the August 11th email is attached hereto as **Exhibit "B"**.

33.     On August 12, 2014, despite not yet having signed and returned to Xymogen the Custom Formula Quotes, Radovcic wired to Xymogen $63,412 as a 50% up front deposit for its orders of the electrolyte sticks and the custom formula sticks.

34.     On August 14, 2014, Xymogen sent Radovcic samples of four of the male/female specific nutritional supplements to taste test, all of which had the orange flavor profile.

35.     On or around August 15, 2014, Xymogen sent Radovcic samples of the remaining four of the male/female supplements to taste test.

36.     On August 19, 2014, Radovcic approved the flavors of all eight custom formulas after testing samples of each. A true and correct copy of an email sent from Radovcic to Gulick approving the taste tests is attached hereto as **Exhibit "C"**.

37.     On August 21, 2014, Radovcic returned to me via email eight executed Custom Formula Quotes.  Until that moment, even with the deposit on file, there was literally no approved formula for Xymogen to manufacture in furtherance of the Custom Formula PO.

38.     Once the Custom Formula Quotes were received, Xymogen started its product development phase.

39.     Four of the Custom Formulas required Xymogen to screen and test the supplier of devil's claw extract (Male/Female Total and Inflammation).  This was the first phase of product development for these products.  Each Custom Formula Quote contained provision notifying Radovcic about the need to qualify the suppliers for non-prequalified for purchase ingredients, and that this process may take up to one month.

40.     In October 2014, I determined that the formulas Radovcic wanted Xymogen to manufacture may have a flow rate issue while running through Xymogen's INVR gravity feed packaging equipment.   To address this problem, I suggested adding arabinogalactan to the formulas to slow the flow rate through the equipment.

41.     On  or  around  October  21,  2014,  Radovcic  approved  the  addition  of arabinogalactan to the custom male/female formulas.

42.     Around this time, Radovcic requested Xymogen manufacture the Male/Female-Basic formula first.

43.     Because arabinogalactan was too expensive, Radovcic requested a different ingredient to add to the electrolyte formula.   In mid-November 2014, Radovcic approved the addition of corn maltodextrin to the electrolyte formula.

44.     Radovcic never told Xymogen to stop manufacturing the custom formulas after October 31, 2014.

45.     On November 14, 2014, Xymogen shipped to Nutrimatix 48,000 units of the Female-Basic.  A true and correct copy of the packing slip for the Female – Basic product shipped November 14, 2014, is attached hereto as **Exhibit "D"**.

46.     On December 9, 2014, Xymogen shipped 68,481 stick packs of the electrolyte product to Nutrimatix.

47.     After receiving the initial shipment of the electrolyte sticks, Radovcic placed another order for additional electrolyte product.   However, because the formula had been changed, Xymogen required Radovcic to execute a new Custom Formula Quote for the new

**Xymogen Manufactures and Delivers the Products; Nutrimatix Fails to Pay**

40.    In October 2014, I determined that the formulas Radovcic wanted Xymogen to manufacture may have a flow rate issue while running through Xymogen's INVR gravity feed packaging equipment.  To address this problem, I suggested adding arabinogalactan to the formulas to slow the flow rate through the equipment.

41.    On or around October 21, 2014, Radovcic approved the addition of arabinogalactan to the custom male/female formulas.

42.    Around this time, Radovcic requested Xymogen manufacture the Male/Female-Basic formula first.

43.    Because arabinogalactan was too expensive, Radovcic requested a different ingredient to add to the electrolyte formula.  In mid-November 2014, Radovcic approved the addition of corn maltodextrin to the electrolyte formula.

44.    Radovcic never told Xymogen to stop manufacturing the custom formulas after October 31, 2014.

45.    On November 14, 2014, Xymogen shipped to Nutrimatix 48,000 units of the Female-Basic.  A true and correct copy of the packing slip for the Female – Basic product shipped November 14, 2014, is attached hereto as **Exhibit "D"**.

46.    On December 9, 2014, Xymogen shipped 68,481 stick packs of the electrolyte product to Nutrimatix.

47.    After receiving the initial shipment of the electrolyte sticks, Radovcic placed another order for additional electrolyte product.  However, because the formula had been changed, Xymogen required Radovcic to execute a new Custom Formula Quote for the new

formula. Xymogen sent this new Custom Formula Quote for the revised electrolyte product in December 2014.

48. On January 5, 2015, Xymogen shipped to Nutrimatix 44,373 units of the Male-Total, 44,500 units of the Female-Total, 45,500 units of the Male-Sport, and 44,400 units of the Female-Sport products. A true and correct copy of the packing slip dated January 2, 2015, is attached hereto as **Exhibit "E"**.

49. On January 16, 2015, Radovcic executed and sent to me the signed Custom Formula Quote for the revised electrolyte formula. A true and correct copy of the January 16, 2015 Custom Formula Quote is attached hereto as **Exhibit "F"**.

50. On February 4, 2015, Xymogen finished production of 43,500 units of Male, and 44,000 units of Female, Inflammation packets. Also in early February, 2015, Xymogen finished the second run of 183,000 electrolyte sticks.

51. However, Xymogen did not ship the electrolyte sticks or all of the Male and Female Inflammation packets because Radovcic and Nutrimatix still owed Xymogen for some of the products previously delivered. To date, Nutrimatix and Radovcic have not paid for these three products. Xymogen is owed $23,270 for the electrolyte sticks (Invoice #CMI0001528); $14,355 for the Male – Inflammation packets (Invoice #CMI0001199); and $14,520 for the Female – Inflammation packets (Invoice #CMI0001212). True and correct copies of the foregoing invoices are attached hereto as **Composite Exhibit "G"**.

52. To date, Nutrimatix also still owes Xymogen the following unpaid invoices for products delivered to Nutrimatix: #CMI00001043 - $13,924 for 45,500 units of Male – Sport; #CMI00001044 - $17,579.51 for 44,373 for Male – Total; #CMI0001311 - $334.76 for 500 units of Male – Inflammation and 400 units of Female – Inflammation; #CMI00000866 - $11,520 for

48,000 units of Female – Basic. True and correct copies of the foregoing invoices are attached hereto as **Composite Exhibit "H"**.

    53.    Xymogen is owed a total of $96,022.80 for all of the products manufactured on behalf of Xymogen, whether delivered or not.

    **FURTHER AFFIANT SAYETH NOT.**

_____
Daniel P. Gulick

STATE OF ARIZONA    )
                      ) ss:
COUNTY OF Maricopa   )

    The foregoing instrument was sworn to and subscribed before me this 24 day of June, 2016, by Daniel P. Gulick, individually and in his capacity as Vice President of Xymogen, Inc. He is personally known to me or has produced AZ State Drivers License as identification.



    DAVID C. HOLLOBAUGH
    Notary Public - State of Arizona
    MARICOPA COUNTY
    My Commission Expires
    November 17, 2018

_____
NOTARY PUBLIC, STATE OF ~~FLORIDA~~ Arizona

David C. Hollobaugh
(Print, Type or Stamp Commissioned Name of Notary Public)



# Custom
# Formula
# Quote

quotes@xymogen.com  Fax
407.445.0201

## Custom Formulation Client

Full Name: _____ Sergio _____    Phone: _____    Email: _____

Address, City, State, Zip: _____    Customer Code: _____

Functional Med Consultant: _____ Daniel Gulick _____    Rep. ID: _____    CSR: _____

Payment Type:  ☐ Check    Credit Card*: ☐ Visa  ☐ Master Card  ☐ American Express  ☐ Discover
               CC#: _____    Expiration: _____

*Payment by credit card is subject to 3% processing fee.

## Formula specifics/ingredients

### Supplement Facts

Serving Size 1 stick pack (4.0 grams)
Servings Per Container TBD

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 5 | |
| Calories from Fat | 0 | |
| Total Fat | 0 g | 0% |
| Saturated Fat | 0 g | 0% |
| Trans Fat | 0 g | |
| Cholesterol | 0 mg | 0% |
| Sodium | 280 mg | 12% |
| Potassium | 140 mg | 4% |
| Total Carbohydrate | 2 g | 1% |
| Dietary Fiber | 0 g | 0% |
| Sugars | 0 | |
| Protein | 0 g | 0% |
| Vitamin C (as ascorbic acid) | 20 mg | 33% |
| Calcium (as calcium carbonate) | 35 mg | 4% |
| Magnesium (as magnesium carbonate) | 50 mg | 13% |
| Chloride (from potassium chloride) | 129 mg | 4% |

*Daily Value Not Established.

Other ingredients: Citric acid, sodium bicarbonate, malic acid, potassium chloride, natural flavors, and stevia leaf extract.

*A fee of $500 will apply for each product requiring sample prototypes. Should customer approve, the $500 sample prototype fee will be credited to the 1st order.

## Requested Formula

| Product | Size | Quantity | Price/1000 |
|---|---|---|---|
| Sergio-Electrolyte Orange Stick Pack | 1,000 | 150,000 | $126.11 |



**EXHIBIT**

*A*

| | | |
|---|---|---|
| *Note price is with unprinted film | 250,000 | $116.11 |
| | 500,000 | $112.10 |
| | 1,000,000 | $108.10 |
| | 2,500,000 | $94.33 |

*Digital labels come direct from facility and are printed on Xeikon 3500 at no additional cost.*

Please acknowledge acceptance of this formula(s) for production with your initials and signature where indicated below.

The above quote is subject to raw material pricing and availability. This price quote is valid for 30 days

Except in the event of a worldwide shortage that drastically impacts the cost of goods, prices for formulas are valid for (1) year from the date hereof, after which pricing will be reassessed.

This quote includes packaging in a white HDPE container with white closure, inner and outer seals, unless otherwise noted.

Formulation of custom products is subject to an industry standard ± 10% of quantity quoted. The customer is not liable for, but may accept, overage above industry standards.

Upon approval of the order, a 50% down payment of the total project cost is due before the project can proceed to production. Monthly Volume Advantages are not available on custom manufactured formulas.

Final payment is due upon shipment, or within 30 days upon approved credit terms.

It is understood that the quoted products are custom formulated and/or custom packaged and, as such, there is no ready market available to XYMOGEN in the event of cancellation. If an order is canceled prior to the commencement of production, there will be no penalty. Once in production, which includes raw material acquisition, the order can no longer be cancelled. In this case, the customer is fully liable for the balance due, ,which is to be paid upon completion of the order (and prior to shipment) or at the time of cancelation. FOB Orlando.

Customer Approval: _____     Date: 7/31/2014

**For Office Use Only**

Revision#: ____1____          Date: ____6/13/14____

> PO3 for eight vitamin variations (50,400 units each, making 1,800 boxes of 28)
>
> I can wire the 50% deposits on each PO tomorrow morning. Can you please confirm on your end that this is fine.
>
> Regards,
>
> Sergio Radovcic
> Chief Executive Officer
>
> e) sergio@nutrimatix.com
> t) 561-901-3870
>
> On Aug 11, 2014, at 2:38 PM, Daniel Gulick <Daniel.Gulick@xymogen.com> wrote:
>
>> Hi Sergio,
>>
>> The 50,000 doses of each product is fine for the order....sorry for the confusion.
>>
>> Daniel
>>
>> -----Original Message-----
>> From: Sergio Radovcic [mailto:sergio@nutrimatix.com]
>> Sent: Monday, August 11, 2014 1:05 PM
>> To: Daniel Gulick
>> Cc: Paul Sullivan
>> Subject: Follow Up
>>
>> Daniel
>>
>> Just following up with you regarding the sample sticks for the eight formulations. I am sure you are working on them, but given the 12 week delivery frame we want to move on them ASAP.
>>
>> I am also re-attaching the two films for the Electrolyte Stick and regular Nutrimatix sticks, so that we can start that print process ASAP.
>>
>> I apologize ahead of time if I am pushing too hard. I am sure you're busy and have many impatient clients, but our entire company depends on having the product ready as soon as humanly possible. We have to have the electrolyte sticks to FitFul for insertion into food boxes for promotion or we risk missing the big marathon season. Ditto for regular sticks for Nutrimatix boxes.
>>
>> Regards,
>>
>> Sergio Radovcic
>> Chief Executive Officer
>>
>> e) sergio@nutrimatix.com
>> t) 561-901-3870

Xymogen-000254


EXHIBIT
B

**From:**      Daniel Gulick <daniel.gulick@yahoo.com>
**Sent:**      Tuesday, June 2, 2015 1:15 PM
**To:**      Kim Johnson <Kim.Johnson@xymogen.com>
**Subject:**  Fwd: Samples taste tests?
**Attach:**   NM-Xymogen-SignedStickSheets.pdf

Begin forwarded message:

**From:** Sergio Radovcic <sergio@fitful.com>
**Subject: Re: Samples taste tests?**
**Date:** August 19, 2014 at 4:09:26 PM MST
**To:** Daniel Gulick <daniel.gulick@yahoo.com>
**Cc:** Paul Sullivan <paul@nutritionrxdoc.com>

Daniel

Everything is approved.

Attached are the signed forms.


In health,

Sergio Radovcic
Chief Executive Officer
FitFul Inc.

12 x Ironman Finisher, Ultraman, Triple Ironman
3 x Badwater 135, Marathon des Sables, 28 x Ultra Marathoner

t > 855-434-8385 x 700
c > 561-901-3870
f > www.facebook.com/sergioradovcic

www.fitful.com - Feed Your Athlete

On Aug 19, 2014, at 4:01 PM, Daniel Gulick <daniel.gulick@yahoo.com> wrote:

    Sergio,

Xymogen-000333



Did the samples come in for the last 4 formulations?  If so, can you tell me if you and your staff approved them?

Thanks,

Daniel

# Xymogen

6900 Kingspointe pkwy
Orlando FL 32819
Phone 407-445-0203
Fax 407-445-0204

# PACKING SLIP

11-14-2014

DATE: _____

| CUSTOMER P.O. NO | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO | SALESPERSON |
|---|---|---|---|---|
| | | | | |

| SHIPPED FROM | SHIPPED TO |
|---|---|
| XYMOGEN, APN | PMA Fulfillment |
| 6900 KINGSPOINTE PKWY | 8601 W. Washington Street, STE 200 |
| Orlando, FL 32819 | Tolleson, AZ 85353 |
| Shipping Dock: A | PH# 855.343.8385 ATTN: Nutrimatix |

| PALLETS | UNITS | DESCRIPTION |
|---|---|---|
| 2 | 48,000 | Product: Female Basic Stick Pack (C-FITFUL-003) |
| | | Full Cases: 96   Sachet Per Case: 500  Partial: NA |
| | | Lot: 140J14  Mfg: 10/14 |

| # CASES | TOTAL WEIGHT | PALLET COUNT | UNIT COUNT # | SHIPMENT PACKED BY |
|---|---|---|---|---|
| 96 | 933lbs | 2 | 48,000 | |



EXHIBIT

D

# Xymogen

6900 Kingspointe pkwy
Orlando, FL 32819
Phone: 407-445-0203
Fax:   407-445-0204

# PACKING SLIP

01-02-2015

DATE: _____

| CUSTOMER P.O. NO. | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| | | | | |

| SHIPPED FROM: | SHIPPED TO: |
|---|---|
| XYMOGEN, APN | Sergio Radovcic |
| 6900 KINGSPOINTE PKWY | 20909 N 90th PL |
| Orlando, FL 32819 | STE 105 |
| Shipping Dock: A | Scottsdale, AZ 85255 |

| PALLETS | UNITS | DESCRIPTION |
|---|---|---|
| 2 | 44,500 | Product: Nutrimatix Female Total Stick Packs (C-FITFUL-009) |
| | | Full Cases: 89  Bottles Per Case: 500  Partial: NA |
| | | Lot: 075K14  Mfg: 12/14 |
| 2 | 44,373 | Product: Nutrimatix Male Total Stick Packs (C-FITFUL-008) |
| | | Full Cases: 88  Bottles Per Case: 500  Partial: 1x373 |
| | | Lot: 074K14  Mfg: 12/14 |
| 2 | 44,440 | Product: Nutrimatix Female Sport Stick Packs (C-FITFUL-007) |
| | | Full Cases: 88  Bottles Per Case: 500  Partial: 1x440 |
| | | Lot: 072K14 Mfg: 11/14 |
| 2 | 45,500 | Product: Nutrimatix Male Sport Stick Packs (C-FITFUL-006) |
| | | Full Cases: 91 Bottles Per Case: 500  Partial: NA |
| | | Lot: 071K14 Mfg: 12/14 |

| # CASES | TOTAL WEIGHT | PALLET COUNT | UNIT COUNT # | SHIPMENT PACKED BY |
|---|---|---|---|---|
| 358 | 5016lbs | 8 | 178,813 | |



EXHIBIT

E



**XYMOGEN**
quotes@xymogen.com
Fax 407.445.0204

Custom Formula Quote

# CONFIDENTIAL

Date: 1/8/2015          Revision: 01

## CUSTOMER INFORMATION

| Name | Sergio Radovcic |
|---|---|
| Account Code | FITFUL |
| Functional Medicine Consultant | Daniel Gulick |
| Payment Terms | 50% Deposit, 50% Before Shipment of Finished Product |

## PRODUCT INFORMATION

Name of Finished Product: Electrolyte Orange Stick Packs
Product Type: Stick Pack
Serving Size: 1 Stick Pack (6 grams)
Servings/Container: 500 Stick Packs
Maximum Servings/Day: 1 Stick Pack
Formula:

| RM# | Active Ingredient | Label Claim | Purchased By: | Prequalified for Purchase? |
|---|---|---|---|---|
| RAW-ASC-0076 | Vitamin C (as Ascorbic Acid) | 20 mg | XYMOGEN | YES |
| RAW-CAL-0294 | Calcium (as Calcium Carbonate) | 35 mg | XYMOGEN | YES |
| RAW-MAG-0561 | Magnesium (as Magnesium Carbonate) | 50 mg | XYMOGEN | YES |
| RAW-SOD-0208 | Sodium (as Sodium Bicarbonate) | 280 mg | XYMOGEN | YES |
| RAW-POT-0216 | Potassium (as Potassium Chloride) | 140 mg | XYMOGEN | YES |

| RM# | Inactive Ingredient* | Prequalified for Purchase? |
|---|---|---|
| RAW-RIB-0073 | Riboflavin | YES |
| RAW-BEE-0357 | Exempt Color Red Beet Powder | YES |
| RAW-CIT-0207 | Citric Acid Anhydrous | YES |
| RAW-MAL-0124 | DL-Malic Acid | YES |
| RAW-ORA-0615 | Natural Orange Flavor | YES |
| RAW-RES-0314 | Natural Resolver Flavor | YES |
| RAW-STE-0311 | Sunwin Stevia Leaf Extract Reb A 80 | YES |
| RAW-MAL-0468 | Maltodextrin | YES |

Customer Initials: _____ Date: 1/1/15          1 of 5

Xymogen-000188



# CONFIDENTIAL

Additional Requirements: _____

_____

*A fee of $500 will apply for each product requiring sample prototypes. Said fee will provide up to 3 revisions for taste approval before an additional $500 fee will be required should additional attempts be requested. Samples take approximately four weeks (depending on raw material availability). Sample process begins once the $500 sample fee is received. Should customer approve, the $500 prototype fee will be applied to the first order of this custom formula.*

*Note: If any ingredients in your formula are not prequalified for purchase, it will take a longer lead time to provide sample prototypes.*

## Finished Product Packaging Components

| | |
|---|---|
| Count Per Bottle | 500 Stick Packs |
| Film | Blank/White (unprinted) Stick Pack Film |
| Lot Number | Ink Jetted On Box |
| Shelf Life | See "Shelf Life" section attached |
| Master Case | Yes. 500 Stick Packs/Case |
| Master Case Label | Yes. Displays finished product name, lot number, MFG or EXP date, and qty. of bottles per box |

## Testing Requirements

| | |
|---|---|
| Microbiological Organisms | Meets USP limits for Total Plate Count, Yeast & Mold, Salmonella, E.Coli, Bile-Tolerant Gram-Negative Bacteria, and Staphylococcus Aureus |
| Heavy Metals | Meets USP limits for Lead, Arsenic, Cadmium, and Mercury |
| Physical Test | Fill Weight, Organoleptic Testing |

## Pricing

| Batch Size (kg) | Packets | Price |
|---|---|---|
| 308 | 50,000 | $0.1555 |
| 770 | 125,000 | $0.1425 |
| 1,541 | 250,000 | $0.1366 |
| 2,311 | 375,000 | $0.1315 |
| 3,081 | 500,000 | $0.1267 |
| 6,162 | 1,000,000 | $0.1221 |
| 7,703 | 1,250,000 | $0.1179 |
| 15,406 | 2,500,000 | $0.1140 |

Customer Initials _____ Date: 1/18/17

Xymogen-000189

# CONFIDENTIAL

- Payment by credit card is subject to a 2% processing fee, in addition to final quote.

- The above quote is subject to raw material pricing and availability. This price quote is valid for 30 days

- Except in the event of a worldwide shortage that drastically impacts the cost of goods, prices for formulas are valid for (1) year from the date hereof, after which pricing will be reassessed.

- Formulation of custom products is subject to an industry standard ± 10% of quantity quoted. The customer is not liable for, but may accept, overage above industry standards.

- It is understood that the quoted products are custom formulated and/or custom packaged and, as such, there is no ready market available to XYMOGEN in the event of cancellation. If an order is canceled prior to the commencement of production, there will be no penalty. However, the customer must be provided with and sign off on a change control form from XYMOGEN, acknowledging that their prior quote is no longer valid. Once raw materials have been purchased, the order can no longer be cancelled. In this case, the customer is fully liable for the balance due, which is to be paid upon completion of the order (and prior to shipment) or at the time of cancelation. FOB Orlando.

## Formula

### Qualifying New Suppliers and/or Ingredients

21 CFR 111 requires manufacturers of dietary supplements to qualify suppliers of components used in the manufacturing process. This process involves requesting information on the quality management system of the supplier and sophisticated regulatory documentation on the component being supplied. Once the information is provided, it must be reviewed and a determination must be made on whether or not supplier and component can continuously meet XYMOGEN's high standards. If approved, and XYMOGEN will then develop test specifications on the component. The tests will be performed on the component to ensure the components quality and authenticity. The component will maintain "qualified" status so long as it continuously meet's XYMOGEN's specifications

Any quote for a formula that has "NO" marked under the column titled "Prequalified for Purchase?" will signify that the ingredient being requested has never been purchased by XYMOGEN before or it has been previously disqualified. As a result, it should be understood that due to the stringent, time-consuming steps XYMOGEN has in place to qualify its suppliers and their ingredients, the overall lead time of custom formulas using ingredients that are not prequalified yet will be extended. It is difficult to provide an exact amount of time this process will extend an overall lead time by, as it really depend on the nature of the supplier and the component they are supplying. However, XYMOGEN will do it's best to make sure the maximum lead time extension is no more than one (1) month.

### Inactive Ingredients

The inactive ingredients listed on this quote are subject to change. XYMOGEN will be responsible for notifying the customer if any additional inactive ingredients are required and will make sure it has approval from customer to use.

### Macronutrients

With the exception of protein, macronutrients will not be provided on the quote, unless specifically requested by customer up front. It is the customer's responsibility to specify any other requirements they have on macronutrients (i.e. sodium under X, sugar under Y, fiber above Z). If not initially requested, macronutrients will be provided to customer during the label design phase, if the formula is providing a significant amount and thus required to be labeled.

Customer Initials _____ Date: 1/15/17      3 of 5

# CONFIDENTIAL

## Shelf Life

Shelf life dating (expiration or best by dates) or dates of manufacture are not required on dietary supplements. However, if a shelf life is desired, FDA cGMPs require the company selling the product to possess data substantiating the shelf life being assigned.

Please provide a signature under one of the following shelf life options for your product:

    1. No shelf life or date of manufacture on finished product.

      By signing this option, customer authorizes XYMOGEN to leave off any shelf life or date of manufacture and only print the lot number on the finished product

      Signature:_____

    2. Date of Manufacture on finished product.

      By signing this option, customer authorizes XYMOGEN to print the date of manufacture (format: MFG: MM/YYYY) in addition to the lot number on the finished product.

      Signature:_____

    3. Expiration Date on finished product.

      By signing this option, customer assumes all liability and responsibility for shelf life testing. Customer will have a lab of their choice perform all necessary tests and reporting for this quoted product. Customer is also accepting liability and responsibility for all storage of any documents that may be required for shelf life testing for this quoted product. Customer authorizes XYMOGEN to assign a ____ year expiration date (format: EXP: MM/YYYY) in addition to the lot number on the finished product.

      Signature:_____

## Labeling

XYMOGEN provides the option of having custom formula labels designed by XYMOGEN senior graphic designers and printed at XYMOGEN's digital print center, Labels in Motion. If the customer would like to utilize this service, the cost will be included in the final quote.

XYMOGEN will design the labels according to the regulations set forth by the US FDA and FTC, and provide guidance and opinions on the interpretation of those regulations, to the customer. However, customer understands that these are strictly opinions and should not, in any case, replace those of customer's legal counsel. The customer understands they are solely responsible for all content on their labels and abiding by the regulations of any state, province, or country they will be selling their product into.

Customer Initials ___  Date: 1/13/10      4 of 5

# CONFIDENTIAL

## Additional Specifications

This quote encompasses all customer specifications. If there are specifications customer has (additional testing requirements, non-GMO ingredients, no artificial ingredients, gluten free, no soy derived ingredients, etc.), it is the customer's responsibility to make sure they are present on the quote under "Additional Requirements," prior to signing off on the quote. XYMOGEN cannot guarantee all customer specifications can be met unless they are clearly provided on the quote.

If customer is interested in obtaining any independent certifications on their finished product (ie. NSF for Sport, USP, Non-GMO Project Verified, Organic, Kosher, etc.), it is the customer's responsibility to facilitate the process. XYMOGEN will be more than happy to accommodate the customer in providing any documentation or scheduling time for any audits required to obtain the desired certification.

## Customer Approval

Customer Name (Please Print) _WTRIKATN._

Customer Signature _____

Date _1/16/19_

Xymogen-000192

# Invoice

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL  32819

| Bill To: | Sergio Radovcic | Ship To: | Sergio Radovcic |
|---|---|---|---|
| | 20909 N 90TH PL | | 8601 W WASHINGTON ST |
| | STE 105 | | STE 200 |
| | SCOTTSDALE AZ  85255-9218 | | TOLLESON AZ  85353-3213 |

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | BJB | | CREDIT CARD | 12/30/2015 | 858,837 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 0 | 43,500 | 0 | C-FITFUL-004 | Nutrimatix Male-Inflammation - Stick Pack | $0.00 | $0.33 | $14,355.00 |
| | | | 073K14 | 22,500 | | | |
| | | | 073K14 | 21,000 | | | |

| | |
|---|---|
| Subtotal | $14,355.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $14,355.00 |



EXHIBIT
G

# Invoice

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL    32819

| Bill To: | Sergio Radovcic | Ship To: | Sergio Radovcic |
|---|---|---|---|
| | 20909 N 90TH PL | | 8601 W WASHINGTON ST |
| | STE 105 | | STE 200 |
| | SCOTTSDALE AZ   85255-9218 | | TOLLESON AZ   85353-3213 |

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | BJB | | CREDIT CARD | 12/30/2015 | 858,851 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 43,900 | 0 | C-FITFUL-005<br>076K14 | Nutrimatix Female-Inflammation 28 stick p<br>43,900 | $0.00 | $0.33 | $14,487.00 |

| | |
|---|---|
| Subtotal | $14,520.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $14,520.00 |

# Invoice

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL   32819

| Bill To: | Sergio Radovcic | Ship To: | Sergio Radovcic |
|---|---|---|---|
| | 20909 N 90TH PL | | 8055 TROON CIR SW |
| | STE 105 | | STE F |
| | SCOTTSDALE AZ   85255-9218 | | AUSTELL GA   30168-7849 |

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 00006 | FITFUL | BJB | OTHER FREIGHT | CREDIT CARD | 12/30/2015 | 918,767 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 183,000 | 183,000 | 0 | C-FITFUL-001 | SERGIO - Electrolyte Orange Stick Pack | $0.00 | $0.13 | $23,790.00 |
| | | | 149B15 | 92,000 | | | |
| | | | 015C15 | 91,000 | | | |

| | |
|---|---|
| Subtotal | $23,790.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $23,790.00 |

# Invoice

## XYMOGEN
6900 Kingspointe Parkway
Orlando FL   32819

**Bill To:**

Sergio Radovcic
20909 N 90TH PL
STE 105
SCOTTSDALE AZ   85255-9218

**Ship To:**

Sergio Radovcic
8601 W WASHINGTON ST
STE 200
TOLLESON AZ   85353-3213

| Purchase Order No. | | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|---|
| 0003 | | FITFUL | | RT | | CREDIT CARD | 1/30/2015 | 865,729 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 45,500 | 0 | C-FITFUL-006 071K14 | Nutrimatix Male-Sport - Stick Packs 45,500 | $0.00 | $0.30 | $13,650.00 |

| | |
|---|---|
| Subtotal | $13,650.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $274.04 |
| Trade Discount | $0.00 |
| Total | $13,924.04 |

EXHIBIT

tabbies

H

# Invoice

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL 32819

| Bill To: | | Ship To: | |
|---|---|---|---|
| Sergio Radovcic | | Sergio Radovcic | |
| 20909 N 90TH PL | | 8601 W WASHINGTON ST | |
| STE 105 | | STE 200 | |
| SCOTTSDALE AZ 85255-9218 | | TOLLESON AZ 85353-3213 | |

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 0003 | FITFUL | RT | | CREDIT CARD | 1/30/2015 | 859,003 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 44,373 | 0 | C-FITFUL-008 | Nutrimatix Male-Total 28 stick packs | $0.00 | $0.39 | $17,305.47 |
| | | | 074K14 | 44,372 | | | |
| | | | 074K14 | 1 | | | |

| | |
|---|---|
| Subtotal | $17,305.47 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $274.04 |
| Total | $17,579.51 |

# Invoice

## XYMOGEN
6900 Kingspointe Parkway
Orlando FL 32819

| Bill To: | Sergio Radovcic | Ship To: | Sergio Radovcic |
|---|---|---|---|
| | 20909 N 90TH PL | | 20909 N 90TH PL |
| | STE 105 | | STE 105 |
| | SCOTTSDALE AZ 85255-9218 | | SCOTTSDALE AZ 85255-9218 |

| Purchase Order No. | | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|---|
| | | FITFUL | | BJB | UPS GROUND | NET 30 | 3/13/2015 | 966,799 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 500 | 500 | 0 | C-FITFUL-004 073K14 | Nutrimatix Male-Inflammation - Stick P 500 | $0.00 | $0.33 | $165.00 |
| 400 | 400 | 0 | C-FITFUL-005 076K14 | Nutrimatix Female-Inflammation - Stick 400 | $0.00 | $0.33 | $132.00 |

|  |  |
|---|---|
| Subtotal | $297.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $37.76 |
| Trade Discount | $0.00 |
| Total | $334.76 |

* Per Daniel, ship via UPS Ground. Freight cost $37.76.
*Shipped: 3/13/15 Delivered: 3/19/15
*Tracking # 1Z31657X0307324636

**XYMOGEN**
6900 Kingspointe Parkway
Orlando FL  32819

| Bill To: | Sergio Radovcic | Ship To: | Sergio Radovcic |
|---|---|---|---|
| | 20909 N 90TH PL | | 8601 W WASHINGTON ST |
| | STE 105 | | STE 200 |
| | SCOTTSDALE AZ   85255-9218 | | TOLLESON AZ   85353-3213 |

| Purchase Order No. | | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|---|
| 0003 | | FITFUL | | R1 | OTHER FREIGHT | CREDIT CARD | 1/30/2015 | 858,239 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50,400 | 48,000 | | 0 C-FITFUL-003 | Nutrimatix Female-Basic 28 stick packs | $0.00 | $0.24 | $11,520.00 |
| | | | 140J14 | 47,999 | | | |
| | | | 140J14 | 1 | | | |

|  |  |
|---|---|
| Subtotal | $11,520.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $11,520.00 |