IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUTRIMATIX INC., a Nevada
corporation n/k/a STYR LABS, INC.,

      Plaintiff,

vs.

XYMOGEN, INC., an Illinois corporation,

      Defendant.

_____/

CIVIL ACTION NO. 6:15-cv-790-OR-37-RBD-DAB

## AFFIDAVIT OF ANDRES GOMEZ IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA

COUNTY OF ORANGE

    BEFORE ME, the undersigned authority, personally appeared ANDRES GOMEZ, who, first being duly sworn under oath, deposes and say of his personal knowledge as follows:

    1.    I am the Quality Control/Quality Assurance ("QA/QC") Manager for XYMOGEN, Inc. ("XYMOGEN"), over the age of 21, and I make this Affidavit upon my own personal knowledge of the facts involved as set forth herein and in the Motion for Summary Judgment and Memorandum of Law filed on behalf of XYMOGEN (the "MSJ").

### Summary

    2.    I have reviewed the applicable Finished Product Specification Packets, Batch Records, and Packaging Records, including the Final Disposition certifications, for each of the nine (9) custom formula orders placed by the plaintiff in this action, Nutrimatix, Inc., in fall 2014 with XYMOGEN. Based on this review and my knowledge of XYMOGEN's QA/QC

27673961 v1



A.G.

procedures, every product shipped from XYMOGEN to Nutrimatix complied 100% with the applicable Finished Product Specification Packet, and was prepared in compliance with all Florida and federal laws regulating the manufacturing, packaging and labeling of nutritional products.

### Overview of XYMOGEN's QA/QC Procedures.

3. XYMOGEN is a manufacturer of high quality vitamins and nutritional supplements with state of the art facilities in Orlando, Florida. XYMOGEN sells its products directly to health care professionals and does not sell any products directly to consumers or to resellers.

4. XYMOGEN orders its raw materials for every custom order specific to that order; it does not warehouse extra raw materials.

5. When raw materials arrive, they are quarantined while XYMOGEN tests each raw material to verify the identity and compliance with the applicable Raw Material Specifications. XYMOGEN both performs these tests in-house and has qualified third parties perform these tests.

6. Once the raw material passes the identity and Raw Material Specification criteria, it is released from quarantine, labeled, scanned, and placed in XYMOGEN's warehouse in a segregated place. Based on a picking ticket order, raw material is pulled and allocated in a staging area where all raw materials are housed together. As part of the Quality Control/Quality Assurance process, two people double check the accuracy of the post-tested labeling to ensure the correct lot and material, and properly logged in the Batch Record.

7. The raw materials are then weighed per the applicable instructions on the Batch Record, which is a copy of the Master Manufacturing Record. The Master Manufacturing

Record is prepared, verified, and approved based on a Finished Product Specification Packet, which contains the formula blending, packaging, and testing instructions for each product. The Finished Product Specification Packet is created by Product Development as per the applicable Custom Formula Quote signed by the customer. The weighing/dispensing operation is double verified by two people at every step, and logged into batch records.

8. Once weighing and dispensing of raw materials is complete, the product is sent to the blending area, which blends the product in large, conical drums in accordance with the batch record instructions.

9. After blending, XYMOGEN tests an in-process sample to ensure the product is blended, has no clumps of material, and has the proper physical characteristics per the formula. Three analysts (including Research and Development personnel) verify the in-process testing for taste, moisture content, and color, to ensure the product compares with the pilot formula test the customer pre-approved.

10. After the in-process test is completed and verified to be in compliance, the product is packaged as per the Packaging Record Instructions, which is a copy of the Packaging Master Record. The Packaging Master Record is prepared, verified, and approved based on the Finished Product Specification Packet. During the packaging process, the packaging operator does an in-process test to verify the product weight and check for visual defects on the packaging every half hour as per the Packaging Record Instruction. Additionally, a QA representative performs in-process quality checks every two hours. These tests are logged in written packaging records.

11. The finished product is then shipped to the customer.

12. Each of the forgoing QA/QC steps is logged into a Manufacturing Batch Record. A Production Manager and a member of the Quality Assurance Department review the Manufacturing Batch Records to ensure adherence to the accuracy and procedures for manufacturing and packaging of the product. A Quality Assurance member ensures each step of the process complies with XYMOGEN's QA/QC protocols. A QA/QC Manager reviews the Manufacturing Batch Records to ensure signatures for each review are present, reviews any plan deviation or investigation occurred during the process, and reviews the Certificate of Analysis. After such review, the QA/QC Manager or a designee signs a Final Disposition.

13. XYMOGEN's facility and quality process complies applicable federal regulations. In 2014, the FDA inspected and improved XYMOGEN's facilities and approved its processes.

14. In fact, in 2015, XYMOGEN's rigorous quality process earned its facility the unique distinction of being inspected and approved by Australia's Therapeutic Goods Administration (TGA). TGA inspection and certification is considered the gold standard for pharmaceutical and dietary supplement manufacturers.

**XYMOGEN complied with all applicable QA/QC protocols
when manufacturing the nine unique products for Nutrimatix,
and delivered products that complied 100% with the applicable Finished Product
Specification Packets, which were created based on the
Custom Formula Quotes that Sergio Radovcic signed and approved for Nutrimatix**

15. Each Finished Product Specification Packet reflects the Custom Formula Quote, which specifies exactly what testing Radovcic requested XYMOGEN to perform. The testing requirements on each of the Custom Formula Quotes is the same: testing for microbiological organisms, heavy metals, and physical testing.

4

27673961 v1

A.G

16. Nutrimatix was responsible for label claim assay testing. Label claim assay testing is testing to determine that the final, packaged product contains 100% of the ingredients listed on the label. Radovcic did not request XYMOGEN perform label claim assay testing for any of Nutrimatix's orders.

17. Similarly, Mr. Radovcic signed a provision under the heading "Shelf Life" choosing to have only the date of manufacture and lot number printed on the finished product. Mr. Radovcic chose not to have shelf life information printed on the product labels. No provision of the Custom Formula Quotes obligated XYMOGEN to perform shelf life testing on any of the products.

18. I have reviewed the disposition documents included in the Manufacturing Batch Records and Packaging Batch Records for each of the products delivered to Nutrimatix.

19. XYMOGEN performed all of the testing that the XYMOGEN/Nutrimatix Custom Formula Quotes required. XYMOGEN's QA/QC processes confirmed that the nine Nutrimatix formulae contained each of the ingredients needed per the formulae in the amounts necessary to ensure compliance with the XYMOGEN/Nutrimatix Custom Formula Quote and the federal requirements for labeling and manufacturing of the nutritional supplements that XYMOGEN manufactured for Nutrimatix.

20. XYMOGEN complied with all of its Standard Operating Procedures, as set forth herein, throughout the entire process of manufacturing each of the products XYMOGEN delivered to Nutrimatix.

21. Based on my review and the applicable Batch Records, at the time they were shipped, the products XYMOGEN shipped to Nutrimatix complied 100% with the Finished

A.G

A.G

Product Specification Packets, which were created by Product Development based on the Custom Formula Quotes.

**FURTHER AFFIANT SAYETH NOT.**

A.G

_____
Andres Gomez

STATE OF FLORIDA           )
                           ) ss:
COUNTY OF ORANGE           )

The foregoing instrument was sworn to and subscribed before me this 23rd day of June, 2016, by Andres Gomez, individually and in his capacity as QA/QC Manager at XYMOGEN, Inc. He is personally known to me ~~or has produced~~ _____ ~~as identification~~.

_____
NOTARY PUBLIC, STATE OF FLORIDA

KIM M. JOHNSON
(Print, Type or Stamp Commissioned Name of Notary Public)

[Notary Seal: Kim M. Johnson, Notary Public - State of Florida, My Comm. Expires Dec 12, 2017, Commission # FF 074767, Bonded Through National Notary Assn.]

7